UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHLAND SUZUKI, LLC, a Washington Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE S. MAY INTERNATIONAL COMPANY, a Delaware Corporation,<br><br>    Defendant. | NO. CV-05-5068-EFS<br><br>**ORDER DISMISSING ACTION PURSUANT TO THE PARTIES' STIPULATION OF DISMISSAL** |

Before the Court, without oral argument, is the parties' Stipulation to Dismiss with Prejudice ("Stipulation of Dismissal) (Ct. Rec. 12). In their Stipulation of Dismissal, the parties stipulate to a dismissal of Plaintiff Richland Suzuki, LLC's claims against Defendant George S. May International Company. *Id.* The above-described dismissal is with prejudice and without the award of costs to either party. *Id.* Based on the parties' Stipulation of Dismissal and pursuant to Federal Rule of Civil Procedure 41(a), this action is hereby dismissed with prejudice and without the award of costs to either party.

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to the parties' Stipulation of Dismissal **(Ct. Rec. 12)**, this action is **DISMISSED WITH PREJUDICE.**

ORDER * 1

2. All pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and provide a copy of the Order to counsel and **CLOSE THIS FILE**.

**DATED** this 15th day of August, 2006.

                              s/Edward F. Shea
                              EDWARD F. SHEA
                      United States District Judge

Q:\Civil\2005\5068.dismissal.wpd

ORDER * 2